IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JENNIFER SELDOMRIDGE, on behalf of herself and others similarly situated,** )<br>)<br>)  | CASE NO. 1:18-cv-00553-SJD-SKB |
| **Plaintiff,** )<br>) | JUDGE SUSAN J. DLOTT |
| **vs.** )<br>)<br>) | MAGISTRATE JUDGE STEPHANIE K. BOWMAN |
| **FIFTH THIRD BANK,** )<br>) | |
| **Defendant.** ) | |

## NOTICE OF SETTLEMENT

Plaintiff Jennifer Seldomridge, on behalf of herself and those similarly-situated ("Plaintiffs") and Defendant Fifth Third Bank (collectively, the "Defendant") through their respective undersigned counsel, jointly file this Notice of Settlement.

1. On April 21, 2020, the parties, after engaging in arms' length negotiations, were able to successfully resolve Plaintiffs' claims, on behalf of herself and others similarly-situated.

2. The parties are working to jointly reduce the settlement to writing, obtain signatures on the settlement agreement, and draft additional documents to obtain Court approval of the settlement agreement.

3. The parties anticipate obtaining the required signatures on the settlement agreement and filing their joint motion for settlement approval and supporting documents on or before May 21, 2020.

4. Accordingly, the parties respectfully request that the Court:

    a. Set a deadline of May 21, 2020 for the parties to file their joint motion for approval of collective action settlement;

    b. Stay all other deadlines in this matter while the parties finalize the settlement.

Dated: April 21, 2020

| | |
|---|---|
| */s/ Hans A. Nilges* | */s/ David K. Montgomery* |
| Hans A. Nilges (0076017) | David K. Montgomery (0040276) |
| Shannon M. Draher (0074304) | Jamie M. Goetz-Anderson (0083562) |
| Nilges Draher LLC | Jackson Lewis PC |
| 7266 Portage St., N.W. | PNC Center, 26th Floor |
| Suite D | 201 East 5th Street |
| Massillon, Ohio 44646 | Cincinnati, OH 45202 |
| Telephone: 330-470-4428 | Telephone: (513) 898-0050 |
| Email: hans@ohlaborlaw.com | Facsimile: (513) 898-0051 |
| sdraher@ohlaborlaw.com | David.Montgomery@jacksonlewis.com |
| | Jamie.Goetz-Anderson@jacksonlewis.com |
| | |
| */s/ Matthew J.P. Coffman* | *Attorneys for Defendant* |
| Matthew J.P. Coffman (0085586) | |
| COFFMAN LEGAL, LLC | |
| 1550 Old Henderson Road | |
| Suite 126 | |
| Columbus, Ohio 43220 | |
| Phone: 614-949-1181 | |
| Fax: 614-386-9964 | |
| Email: mcoffman@mcoffmanlegal.com | |

*Attorneys for Named Plaintiff and those similarly situated*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of April 2020 the foregoing *Notice of Settlement* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            */s/ Matthew J.P. Coffman*
                                            Matthew J.P. Coffman